**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

**Attorneys for Plaintiff**
**DITECH FINANCIAL LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>T-SHACK, INC.; SUNDANCE HOMEOWNERS ASSOCIATION, INC.,<br><br>              Defendants. | CASE NO. 2:16-cv-02615-RFB-VCF<br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |

TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that Christian A. Miles, Esq., from the firm of Wolfe & Wyman is no longer counsel of record in the above-captioned matter and should be removed from all further notices.

///

///

///

///

///

///

///

///

1

1  The attorney to be noticed of all further filings and hearings is as follows:

2  **Colt B. Dodrill, Esq. (Nevada Bar No. 9000)**
cbdodrill@wolfewyman.com

3

4  DATED:   February 22, 2017          WOLFE & WYMAN LLP

5

6          By: */s/ Colt B. Dodrill*
            COLT B. DODRILL, ESQ.
7           Nevada Bar No. 9000
            6757 Spencer Street
8           Las Vegas, NV  89119

9           Attorneys for Plaintiff
            DITECH FINANCIAL LLC
10

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   2-22-2017

2

2674252.1

**CERTIFICATE OF SERVICE**

On February 22, 2017, I served the **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** by the following means to the persons as listed below:

\_\_\_X\_\_\_    a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

LUIS A. AYON, ESQ.
MARGARET E. SCHMIDT, ESQ.
MAIER GUTIERREZ AYON
E-mail: laa@mgalaw.com
mes@mgalaw.com
Attorneys for Defendant
T-SHACK, INC.

RYAN D HASTINGS, ESQ.
LEACH JOHNSON SONG & GRUCHOW
Email: rhastings@leachjohnson.com
Attorney for Defendant
SUNDANCE HOMEOWNERS ASSOCIATION, INC.

_____    b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:   */s/ Lucille Chiusano*
       LUCILLE CHIUSANO
       An employee of Wolfe & Wyman LLP