# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>T-SHACK, INC., *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-02615-RFB-VCF<br>**ORDER** |

Before the Court is the Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 28).

IT IS HEREBY ORDERED that any opposition to the Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 28) must be filed on or before June 28, 2017. No reply necessary.

IT IS FURTHER ORDERED that a hearing on Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 28) is scheduled for 10:00 AM, July 3, 2017, in Courtroom 3D.

DATED this 21st day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE