**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff
**DITECH FINANCIAL LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-SHACK, INC.; SUNDANCE HOMEOWNERS ASSOCIATION, INC., <br><br> Defendants. | CASE NO. 2:16-cv-02615-RFB-VCF <br><br> **STIPULATION AND ORDER WITHDRAWING T-SHACK, INC.'S RESPONSE TO DITECH FINANCIAL LLC'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING DEADLINE FOR REPLY** |

Plaintiff DITECH FINANCIAL LLC ("Ditech") and Defendant T-SHACK, INC. ("T-Shack") (collectively, "Parties"), by and through their undersigned counsel, hereby stipulate the withdrawal of T-Shack's Response to Ditech's Motion for Summary Judgment filed on June 7, 2019 (ECF 53) and extend the deadline to reply.

**Local Rule 26-4 Statement**

On April 10, 2019, this Court issued a minute order outlining the following deadlines:

| Dispositive Motions | May 17, 2019 |
|---|---|
| Responses | May 27, 2019 |
| Replies | June 3, 2019 |

(ECF 37)

Ditech filed its Motion for Summary Judgment on May 17, 2019 (ECF 38), followed by an Errata on May 20, 2019 (ECF 41). T-Shack did not file its response until June 4, 2019 (ECF 51). T-

1

3374381.1

Shack then filed a second response on June 7, 2019 (ECF 53). T-Shack did not withdraw its initial response, nor did it reference it in the second response. Thus, it is impossible for Ditech to reply because Ditech cannot know which brief is operative. Additionally, because both responses filed by T-Shack were untimely, there is no way to comply with the Court's original June 3, 2019 deadline. Consequently, the Parties stipulate as follows:

IT IS STIPULATED THAT T-Shack, Inc. shall withdraw its Response filed on June 7, 2019 (ECF 53).

IT IS FURTHER STIPULATED THAT Ditech Financial LLC shall have two weeks from the date of the execution of this Stipulation to file its Reply.

IT IS SO STIPULATED.

| DATED: June 12, 2019 | DATED: June 12, 2019 |
|---|---|
| WOLFE & WYMAN LLP | AYON LAW, PLLC |
| By: */s/ Andrew A. Bao* <br> ANDREW A. BAO, ESQ. <br> Nevada Bar No. 10508 <br> COLT B. DODRILL, ESQ. <br> Nevada Bar No. 9000 <br> 6757 Spencer Street <br> Las Vegas, NV 89119 <br> *Attorneys for Plaintiff* <br> *DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC* | By: */s/ Steven H. Burke* <br> LUIS A. AYON, ESQ. <br> Nevada Bar No. 9752 <br> STEVEN H. BURKE, ESQ. <br> Nevada Bar No. 14037 <br> 8716 Spanish Ridge Ave., Ste. 115 <br> Las Vegas, NV 89148 <br> *Attorneys Defendant* <br> *T-SHACK, INC.* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: _____

DATED this 13th day of June, 2019.

**CERTIFICATE OF SERVICE**

June 12, 2019, I served the **STIPULATION AND ORDER WITHDRAWING T-SHACK, INC.'S RESPONSE TO DITECH FINANCIAL LLC'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING DEADLINE FOR REPLY** by the following means to the persons as listed below:

   __X__      a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Allison R. Schmidt    allisonschmidtesq@gmail.com, allison@nevadaslawyers.com, lmf@ayonlaw.com

Luis Alonso Ayon    laa@ayonlaw.com, ars@ayonlaw.com, cld@ayonlaw.com, eem@swinjurylaw.com, lmf@ayonlaw.com, mel@ayonlaw.com, sec@ayonlaw.com, vsg@ayonlaw.com

Ryan D Hastings    rhastings@lkglawfirm.com, glacascia@lkglawfirm.com, pgutierrez@lkglawfirm.com, rcallaway@lkglawfirm.com, sanderson@lkglawfirm.com

   _____      b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: _*/s/ Jamie Soquena*_
     Jamie Soquena
     An employee of Wolfe & Wyman LL

3374381.1