**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Telephone:  (702) 476-0100**
**Facsimile:   (702) 476-0101**
**cbdodrill@ww.law**

**Attorneys for Plaintiff**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No. 2:16-cv-02615-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CLAIMS FOR ATTORNEYS'S FEES AND COSTS** |
| v. | |
| T-SHACK, INC.; SUNDANCE HOMEOWNERS ASSOCIATION, INC., | |
| Defendants. | |

DITECH FINANCIAL LLP and T-SHACK INC. by and through their attorneys of record, hereby stipulate as follows:

1. On February 11, 2019, Ditech Holding Corporation and its debtor affiliates (including Defendant Ditech Financial LLC ("Ditech")) each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). Ditech's chapter 11 cases are indexed at case number 19-10412 (JLG).

2. On September 26, 2019, the Bankruptcy Court entered the Order Confirming the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors

(ECF No. 1404). This order approved the terms of the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1326) (the "Plan").

3.  The Plan contains Section 10.5 which provides for a permanent injunction (the "Plan Injunction") that specifically prohibits Parties from prosecuting against Ditech any claim that arose prior to September 30, 2019 (the Effective Date of Ditech's Plan) seeking monetary relief (including claims seeking attorneys' fees and costs).

4.  The claims for monetary relief of Defendant T-Shack, Inc. ("T-Shack") as against Ditech, are therefore barred by the Plan Injunction as they arose prior to the Effective Date of the Plan.

5.  Ditech and T-Shack, pursuant to Fed. R. Civ. P. 41, hereby agree as follows:

Ditech and T-Shack agree that all claims and requests seeking monetary relief, including those seeking attorneys' fees and costs contained in clause four on page 18 of T-Shack's March 22, 2017 *Answer to Complaint* (ECF No. 22) (the "**Answer**") are dismissed as against Ditech. To the extent that this stipulation is not found to be sufficient to dismiss T-Shack's claims for

///
///
///
///
///
///
///
///
///
///
///
///
///
///

3824850.1

1  monetary relief under Rule 41, T-Shack agrees to seek to amend the Answer solely with respect to

2  the matters set forth in this paragraph pursuant to Fed. R. Civ. P. 15.

3      **IT IS SO STIPULATED.**

4  DATED:  January 12, 2021              WOLFE & WYMAN LLP

5

6                                      By:*/s/Colt B. Dodrill*
                                          COLT B. DODRILL, ESQ.
7                                          Nevada Bar No. 9000
                                           6757 Spencer Street
8                                          Las Vegas, NV  89119
                                           cbdodrill@ww.law
9                                          Attorneys for Plaintiff
                                           DITECH FINANCIAL LLC
10

11  DATED: January 12, 2021              BLACK & WADHAMS

12

13                                      By: /s/ Christopher V. Yergensen
                                           CHRISTOPHER V. YERGENSEN, ESQ.
14                                          Nevada Bar No. 6183
                                            10777 W. Twain Ave., Suite 300
15                                          Las Vegas, NV 89135
                                            Attorneys for Defendant
16                                          T-SHACK, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2

By stipulation of the parties and good cause appearing therefore, the Court orders as follows:

3

**IT IS HEREBY ORDERED THAT** Plaintiff T-SHACK, INC.'s claims for monetary relief,

4

including those seeking attorneys' fees and costs, as set forth in its Answer to the underlying

5

Complaint filed in this action be dismissed.

6

**IT IS SO ORDERED.**

7

8

Dated:  __January 12_____, 2021

9

RICHARD F. BOULWARE, II
**United States District Court**

10

Respectfully submitted by:

11

12

By: _/s/ Colt B. Dodrill_____
    COLT B. DODRILL, ESQ.

13

    Nevada Bar No. 9000
    WOLFE & WYMAN LLP

14

    6757 Spencer Street
    Las Vegas, NV 89119

15

    Attorneys for Plaintiff
    DITECH FINANCIAL LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

3824850.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On January 12, 2021, I served the **STIPULATION AND ORDER TO DISMISS CLAIMS FOR ATTORNEYS'S FEES AND COSTS** by the following means to the persons as listed below:

   X        a.      ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

> Christopher V. Yergensen, Esq.
> Nevada Bar No. 6183
> BLACK & WADHAMS
> 10777 W. Twain Ave., Suite 300
> Las Vegas, NV 89135
> T: 702-869-8801
> Attorneys for Defendant T-SHACK, INC.

          b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:   */s/Kathleen S. Gambill*
              Kathleen S. Gambill
              An employee of Wolfe & Wyman LLP

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

W&W

3824850.1

## Kathy S. Gambill

| | |
|---|---|
| **From:** | Christopher Yergensen <cyergensen@blackwadhams.law> |
| **Sent:** | Tuesday, January 12, 2021 11:10 AM |
| **To:** | Colt B. Dodrill |
| **Cc:** | david.hill@weil.com; cliff.sonkin@weil.com |
| **Subject:** | RE: Ditech Financial, LLC v. T-Shack, Inc. (USDC Case Nos. 2:16-cv-02812 & 2:16-cv-02615) / W&W File Nos. 1556-267 and 1556-276 |

==This message is from an **external sender**. Use caution when opening links & attachments.==

These are acceptable.  Feel free to use my esignature to file.

**Chris Yergensen, Esq.**
Attorney



p:  (702)869-8801
f:  (702)869-2669
a:  10777 W. Twain Avenue, Suite 300
    Las Vegas, NV 89135
w:  www.blackwadhams.law   e: cyergensen@blackwadhams.law

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient, you are hereby notified that any dissemination, duplication or distribution of all, or any part of this message, or any file associated with this message, is strictly prohibited. If you have received this communication in error, please notify Black & Wadhams immediately by telephone (702-869-8801) and destroy the original message. Please be further advised that any message sent to or from Black & Wadhams may be monitored.

**From:** Kathy S. Gambill <ksgambill@ww.law> **On Behalf Of** Colt B. Dodrill
**Sent:** Tuesday, January 12, 2021 10:17 AM
**To:** Christopher Yergensen <cyergensen@blackwadhams.law>
**Cc:** david.hill@weil.com; cliff.sonkin@weil.com; Colt B. Dodrill <cbdodrill@ww.law>
**Subject:** Ditech Financial, LLC v. T-Shack, Inc. (USDC Case Nos. 2:16-cv-02812 & 2:16-cv-02615) / W&W File Nos. 1556-267 and 1556-276

Dear Mr.  Yergensen:

On behalf of Colt B. Dodrill, attached please find two stipulations regarding the dismissing of Plaintiff's claims for monetary relief as set forth in its answer to the underlying Complaint in the above-referenced actions.  Please advise if you approve and if we have authorization to file.

Thank you.

Kathy



Kathleen S. Gambill
Secretarial Services Manager
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300 • Irvine, CA 92612-7531
Tel. (949) 475-9200 • Fax  (949) 475-9203
Email:  ksgambill@ww.law

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  You will be promptly reimbursed for all costs of mailing.  Thank you.